IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUIS A. ESTRADA-JIMENEZ,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                            Case No. 13-cv-570-slc

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

    Respondent.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Luis A. Estrada-Jimenez for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

    /s/                                                        11/24/2015

Peter Oppeneer, Clerk of Court                      Date