IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

LUIS A. ESTRADA JIMENEZ,
        Petitioner,

v.                              Case No. 13-cv-570-slc

BRIAN FOSTER, Warden,
        Respondent.

---

## NOTICE OF APPEAL

---

Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, petitioner Luis A. Estrada Jimenez, pro se and without the benefit of counsel, hereby appeals from the Judgment of the court denying the petition for writ of habeas corpus and dismissing the action with prejudice. Said Judgment was entered on November 24, 2015, by the Hon. Stephen L. Crocker, Magistrate Judge.

Dated at Green Bay, Wisconsin, this 22 day of December, 2015.

Respectfully submitted,

*Luis A. Estrada Jimenez*

Luis A. Estrada Jimenez, Pro se
Green Bay Correctional Inst.
P.O. Box 19033
Green Bay, WI 54307-9033

U.S.C.A. – 7th Circuit
RECEIVED
DEC 28 2015   #1
GINO J. AGNELLO
CLERK