IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUIS A. ESTRADA JIMENEZ,

   Petitioner,

v.         Case No. 13-cv-570

BRIAN FOSTER, Warden,
Green Bay Correctional Institution,

   Respondent.

---

### NOTICE OF APPEAL

---

 Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, Petitioner Luis A. Estrada Jimenez, hereby appeals from the judgment of the court denying the petition for writ of habeas corpus and dismissing the action with prejudice. Said judgment was entered on March 16, 2016, by Hon. Stephen L. Crocker, Magistrate Judge.

 Filed contemporaneously with this Notice of Appeal, Petitioner respectfully will submits an Application for Certificate of Appealability from the District Court.

Dated: March 27, 2016.

            Respectfully submitted,

            _____
            Luis A. Estrada Jimenez, Pro se
            Green Bay Correctional Inst.
            P. O. Box 19033
            Green Bay, WI 54307-9033.